731 S.E.2d 627

Roberto Tyrone CHATMAN, Appellant,

v.

COMMONWEALTH of Virginia, Appellee.

Donte Lavell Brooks, Appellant,

v.

Commonwealth of Virginia, Appellee.

Steve Whitt, Appellant,

v.

Commonwealth of Virginia, Appellee.

Record Nos. 0858–11–2, 2708–10–1, 0885–11–3.

Court of Appeals of Virginia.

Aug. 29, 2012.

Before the Full Court

Pursuant to Code § 17.1–402(D), the Court, on its own motion, has decided to rehear these cases *en banc*. The parties shall file briefs in compliance with Rule 5A:35(b). It is further ordered that the appellant in each case shall file twelve additional copies of the appendix previously filed.

In accordance therewith, the order entered herein on August 14, 2012 is stayed pending the decisions of the Court *en banc* and the appeals are reinstated on the docket.